9516/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042
Attorneys for Defendant Hyundai Merchant Marine Co., Ltd.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12 MAY 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COUTINHO & FERROSTAAL, INC.

         Plaintiff,

- v -

M/V GENCO WARRIOR, her engines, boilers, tackle, etc.,
HYUNDAI MERCHANT MARINE CO., LTD., GENCO
WARRIOR LTD., GENCO SHIP MANAGEMENT LLC.

         Defendants.

10 Civ. 0477 (PAC)

**ORDER**

  Defendant Hyundai Merchant Marine Co., Ltd. ("HMM") having requested in open court on May 10, 2010 for leave to implead Cooper/T. Smith Stevedoring Co. into this case, and there being no opposition to the impleader, it is hereby ordered that Hyundai Merchant Marine Co. Ltd, has until May 21, 2010 to file the third-party complaint.

So Ordered this ___ day of May, 2010

_____
U.S.D.J.